944 A.2d 76

## In re NOMINATION PAPERS OF John ALWARD.

### Appeal of Becky Lynn Travis.

Supreme Court of Pennsylvania.

April 4, 2008.

John Joseph Shimek, III, Quinn, Buseck. Leemhuis, Toohey & Kroto, Inc, Erie, for Becky Lynn Travis, appellant.

John Alward, for John Alward, appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 4th day of April, 2008, the order of the Commonwealth Court is AFFIRMED. Appellee's petition for leave to file a brief is DISMISSED as moot.